Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26−16941−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tiffany Lafaye Whitehead
73 Goldey Avenue
Hamilton, NJ 08610

Social Security No.:
xxx−xx−3680

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 1, 2026.

Dated: September 1, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16941-CMG
Tiffany Lafaye Whitehead Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3
Date Rcvd: Sep 01, 2026 Form ID: plncf13 Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany Lafaye Whitehead, 73 Goldey Avenue, Hamilton, NJ 08610-4501 |
| 521253475 | + | Capital Health, One Capital Way, Pennington, NJ 08534-2520 |
| 521253481 | + | Chrysler Capital Auto Lease, P.O. Box 660647, Dallas, TX 75266-0647 |
| 521253483 | | Community Dental- Burlington, 1817 Mount Holly Road, B-5, Burlington, NJ 08016-4700 |
| 521253485 | | Diamond Braces, 141 Suite V US-130, Riverton, NJ 08077 |
| 521253489 | | January Technologies Inc., 175 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 521295788 | + | T-MOBILE USA INC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 01 2026 22:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 01 2026 22:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521253473 | + | Email/Text: legal@arsnational.com | Sep 01 2026 22:18:00 | ARS National Services, P.O. Box 469100, Escondido, CA 92046-9100 |
| 521253471 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 01 2026 22:22:31 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521299567 | | Email/PDF: bncnotices@becket-lee.com | Sep 01 2026 22:22:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521253472 | + | Email/PDF: bncnotices@becket-lee.com | Sep 01 2026 22:22:29 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521253474 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 01 2026 22:17:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521253476 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2026 22:22:19 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521253477 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 01 2026 22:22:31 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 521253478 | + | Email/Text: mrdiscen@discover.com | Sep 01 2026 22:17:00 | Capital One, N.A., 4590 E. Broad Stsreet, Columbus, OH 43213-1301 |
| 521253479 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 01 2026 22:22:11 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521253480 | ^ | MEBN | Sep 01 2026 22:13:40 | Chrysler Capital, P.O. Box 660647, Dallas, TX 75266-0647 |
| 521253482 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2026 22:22:31 | Citibank/The Home Depot, Citicorp Cr |

| | | | | |
|---|---|---|---|---|
| | | | | SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 521253484 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 01 2026 22:22:11 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521253486 | + | Email/Text: mrdiscen@discover.com | Sep 01 2026 22:17:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521253487 | ^ | MEBN | Sep 01 2026 22:13:03 | Hayt, Hayt & Landau, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 521253488 | | Email/Text: legal@january.com | Sep 01 2026 22:17:00 | January Technologies, 176 Grand Street Fl 4, New York, NY 10013 |
| 521255837 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 01 2026 22:19:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521270956 | + | Email/Text: RASEBN@raslg.com | Sep 01 2026 22:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521253490 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 01 2026 22:19:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 521253491 | | Email/Text: krivera@leadersfc.com | Sep 01 2026 22:17:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 521253492 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2026 22:22:30 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521291178 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2026 22:22:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521253494 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 01 2026 22:19:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 521253493 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 01 2026 22:19:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 521253495 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 01 2026 22:19:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 521296054 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 01 2026 22:19:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield VA 22119-3000 |
| 521301935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2026 22:22:12 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521253497 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2026 22:22:21 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 521253498 | ^ | MEBN | Sep 01 2026 22:12:42 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 521253496 | + | Email/Text: BKMAIL@planethomelending.com | Sep 01 2026 22:18:00 | Planet Home Lending, 321 Research Parkway #303, Meriden, CT 06450-8342 |
| 521269087 | | Email/Text: bnc-quantum@quantum3group.com | Sep 01 2026 22:18:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521253499 | + | Email/Text: cc-bankruptcy-group@robinhood.com | Sep 01 2026 22:18:00 | Robinhood Credit, 548 Market St, San Francisco, CA 94104-5401 |
| 521253501 | | Email/Text: bankruptcy@shoreham.bank | Sep 01 2026 22:18:00 | Shoreham Bank Fka Hlib, One Shoreham Way, Warwick, RI 02886 |
| 521253502 | | Email/Text: precollections@snhu.edu | Sep 01 2026 22:17:00 | Southern New Hampshire University, 2500 N. River Road, Manchester, NH 03106 |
| 521271440 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 01 2026 22:19:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital as, servicer for CCAP Auto Lease Ltd., |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 521253500 | + | Email/Text: studentaccounts@secondalliance.com | Sep 01 2026 22:18:00 | Second Alliance Inc, 6911 Topanga Cyn Blvd, Canoga Park, CA 91303-2370 |
| 521253503 | | Email/Text: bankruptcy@td.com | Sep 01 2026 22:19:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 521260933 | ^ | MEBN | Sep 01 2026 22:12:12 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 521253504 | + | Email/Text: BKRMailOps@weltman.com | Sep 01 2026 22:19:00 | Weitman, Weinberg & Reis Co.,, 5990 West Creek Rd., Ste 200, Independence, OH 44131-2191 |
| 521253505 | + | Email/Text: BKRMailOps@weltman.com | Sep 01 2026 22:19:00 | Weltman, Weinberg & Reis Co., 5990 West Creek Rd., Suite 200, Independence, OH 44131-2191 |
| 521253506 | + | Email/Text: cc-bankruptcy-group@robinhood.com | Sep 01 2026 22:18:00 | X1 Inc, Attn: Bankruptcy, 548 Market Street, Suite 30684, San Francisco, CA 94104-5401 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521328861 | *+ | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Tiffany Lafaye Whitehead njpalaw@gmail.com r56958@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4